GEORGE MANCINI v. BOARD OF REVIEW.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY THOMAS LITTLE.

July 11, 1985.

Petitions for certification denied.

STATE OF NEW JERSEY v. JAMES ALBERT WATSON.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES EARL HICKS.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH H. THOMAS.

July 11, 1985.

Petition for certification denied.